JS#-USAO#2012R00068

FILED ____ ENTERED
____ LODGED ____ RECEIVED

OCT 2 8 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. CCB 13-0593 |
| v. | : |
| | : (Conspiracy to Distribute and Possess |
| JACOB THEODORE GEORGE IV, | : with Intent to Distribute Heroin and |
| a/k/a "digitalink" | : Methylone, 21 U.S.C. § 846; Criminal |
| | : Forfeiture, 21 U.S.C. § 853) |
| Defendant | : |

.oOo.

# INFORMATION

## COUNT ONE

The United States Attorney for the District of Maryland charges that:

1. The defendant, **JACOB THEODORE GEORGE IV, a/k/a "digitalink,"** trafficked controlled substances using a website called "Silk Road." Since in or about January 2011, Silk Road has served as an online, international marketplace for users to buy and sell controlled substances, false identifications, and other contraband over the Internet. The owner and operator of Silk Road, ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts," a/k/a "DPR," collected a fee for each transaction on Silk Road.

2. Silk Road protected the anonymity of its users in several ways, including by using the Tor network ("Tor"). A Tor user's Internet traffic is routed through a worldwide network of volunteer computers to conceal the user's location and Internet usage. Communications via Tor are also encrypted to conceal the contents of communications to all parties except for the intended recipient.

3. As a further measure to protect the anonymity of its users, Silk Road required all

transactions to be conducted in Bitcoin.   Bitcoin is a digital currency that has no association with a national government.   Bitcoin was used because it is difficult to track and easy to move online.

4. Silk Road users were also required to create an account and a username.   Silk Road users were instructed to use aliases as their username and never to disclose their true name.

### The Charge

5. From in or about November 2011, through on or about January 18, 2012, in the District of Maryland and elsewhere, the defendant,

**JACOB THEODORE GEORGE IV,**
**a/k/a "digitalink"**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute:

a. a mixture or substance containing heroin, a Schedule I controlled substance,

b. a mixture or substance containing methylone, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1).

21 U.S.C. § 846

## FORFEITURE

1.      Upon conviction of the offense set forth in Count One of this Information, the defendant,

**JACOB THEODORE GEORGE IV,**
a/k/a "digitalink"

shall forfeit to the United States any property used, and intended to be used, in any manner or part, to commit, and to facilitate the commission of, such violations, and shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of those offenses, and all property traceable to such property. This includes, but is not limited to:

   a.    $450;
   b.    one (1) HP laptop computer; and
   c.    one (1) XFX / ASUS desktop computer.

2.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

   a.    cannot be located upon the exercise of due diligence;
   b.    has been transferred or sold to, or deposited with, a third person;
   c.    has been placed beyond the jurisdiction of the Court;
   d.    has been substantially diminished in value; or
   e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the property described above.

21 U.S.C. § 853

Date: Oct. 28, 2013

/s/ Rod Rosenstein
Rod J. Rosenstein
United States Attorney

3